

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Christopher B. Wooten,               * From the County Court
                                       of Howard County,
                                       Trial Court No. 35,423.

Vs. No. 11-14-00135-CR               * July 3, 2014

The State of Texas,                  * Per Curiam Memorandum Opinion
                                       (Panel consists of: Wright, C.J.,
                                       Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.